MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
  450 Golden Gate Ave., Box 36055
  San Francisco, CA 94102
  Telephone:  (415) 436-7017
  Facsimile:   (415) 436-7009

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JILL L. ACKERMAN, | Case No. C-14-02117-LB |
| Plaintiff, | STIPULATION TO ENLARGE TIME TO FILE AN ANSWER AND CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | and |
| UNITED STATES OF AMERICA, | [proposed] ORDER |
| Defendant. | |

    For the reason that the parties are attempting to resolve this matter and they need additional time to confirm certain factual allegations necessary to resolve this matter,

    It is hereby stipulated by and between plaintiff Jill L. Ackerman and defendant United States of America, through their respective counsel, that:

    1.    The United States of America may file an answer or otherwise defend itself on or before October 9, 2014.

//
//
//
//
//

2. The Case Management Conference set for September 18, 2014 is continued to and will proceed on October 16, 2014, at 11:00 a.m. A Joint Case Management Statement due 10/9/2014.

|  |  |
|---|---|
|  | MELINDA HAAG<br>United States Attorney |
| /s/<br>LAGE ANDERSEN, ESQ.<br>CARR, McCLELLAN, INGERSOL<br>THOMPSON & HORN P.C.<br>Attorneys for Plaintiff | /s/<br>THOMAS MOORE<br>Assistant United States Attorney<br>Attorneys for the United States of America |

PURSUANT TO STIPULATION IT IS ORDERED

Dated: September 9, 2014

_____
UNITED STATES MAGISTRATE JUDGE