UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL L ACKERMAN<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 14-cv-02117-LB   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  October 21, 2015<br>Mediator:  Peter Sherwood |

IT IS HEREBY ORDERED that the requests to excuse plaintiff Jill Ackerman and defendant representative Frank de Leon from appearing in person at the October 21, 2015, mediation before Peter Sherwood are GRANTED. The excused parties shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: October 14, 2015

_____
Maria-Elena James
United States Magistrate Judge